**Elpidio DELGADO, Jr.,**
**Plaintiff–Appellant**

v.

**BUREAU OF PRISONS; Kathleen Hawk–Sawyer; M. Morrison, Defendants–Appellees.**

No. 07–40959
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 14, 2008.

Elpidio Delgado, Jr., pro se.

Andrea Lynn Parker, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Defendants–Appellees.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Elpidio Delgado, Jr., federal prisoner # 83283–079, appeals the district court's dismissal of his complaint challenging Bu-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reau of Prisons (BOP) Program Statement 1351.05 under the Administrative Procedures Act, the Freedom of Information Act, and the First Amendment. Delgado does not challenge the district court's dismissal of his claims arising under the Administrative Procedures Act and the First Amendment. Because Delgado fails to brief these issues, they are deemed abandoned. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987).

Delgado's challenge to Program Statement 1351.05 is without merit and fails to state a claim for relief under the Freedom of Information Act. *See Harris v. Hegmann*, 198 F.3d 153, 156 (5th Cir.1999). Accordingly, the judgment of the district court is AFFIRMED.